James GIBSON; Laurie Gibson, husband and wife, Plaintiffs–Appellants,

v.

.OWYHEE PRODUCE, LLC, an Oregon limited liability company, Defendant–Appellee.

No. 12–35981.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 8, 2014.

Filed July 15, 2014.

Gary Joseph Susak, Esquire, Susak & Powell, P.C., Shenoa L. Payne, Haglund Kelley Jones & Wilder, LLP, Portland, OR, for Plaintiffs–Appellants.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Kurt Charles Peterson, Stephen C. Voorhees, Kilmer Voorhees & Laurick, P.C., Portland, OR, for Defendant–Appellee.

Before: PREGERSON, PAEZ, and WATFORD, Circuit Judges.

### MEMORANDUM *

We VACATE the district court's grant of partial summary judgment, and REMAND for further consideration in light of the Oregon Court of Appeals's intervening decision in *Spain v. Jones*, 257 Or.App. 777, 308 P.3d 257 (2013).

The parties shall bear their own costs on appeal.

**VACATED and REMANDED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.